PEOPLE, Respondent, v. FITZPATRICK, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. June 4, 1909.) Proceeding by the People of the State of New York against James Fitzpatrick, impleaded. No opinion. Judgment and order affirmed.

PEOPLE, Respondent, v. FORGOTSTON, Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Proceeding by the People of the State of New York against L. George Forgotston. J. S. Bernstein for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Appellant, v. FRIED, Respondent. (Supreme Court, Appellate Division, First Department. June 4, 1909.) Proceeding by the People of the State of New York against Lazarus Fried. M. W. Wyvell, for the People. W. C. Breed, for respondent. No opinion. Determination (62 Misc. Rep. 240, 114 N. Y. Supp. 945) affirmed, with costs. Order filed.

PEOPLE, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Proceeding by the People of the State of New York against Isidore Friedman. No opinion. Motion denied without costs. See, also, 116 N. Y. Supp. 538.

PEOPLE, Appellant, v. HARRINGTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) Proceeding by the People of the State of New York against Joseph A. Harrington.
PER CURIAM. Order affirmed.
SPRING and KRUSE, JJ., dissent.

PEOPLE, Respondent, v. HENDRICKSON, Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Proceeding by the People of the State of New York, on complaint of Victor Lofquist, against Neils Hendrickson. F. Carlson, for appellant. A. A. Mayper, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. LUTZ & SCHRAMM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Proceeding by the People of the State of New York against the Lutz & Schramm Company. No opinion. Judgment and order affirmed, with costs.

PEOPLE, Respondent, v. McCLELLAN, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Proceeding by the People of the State of New York against George B. McClellan, impleaded. R. B. Meyer, for appellant. E. H. Letchworth, for the People. No opinion. Order affirmed,

with $10 costs and disbursements. Order filed. See, also, 124 App. Div. 664, 109 N. Y. Supp. 76.

PEOPLE, Respondent, v. McNUTT, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Proceeding by the People of the State of New York against William H. McNutt. J. J. Kirby, for appellant. R. S. Johnstone, for the People. No opinion. Judgment and orders affirmed. Order filed.

PEOPLE v. MOORE. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Proceeding by the People of the State of New York against Richard Moore. No opinion. Motion to be relieved from order granted, and appellant's time extended to December term. Settle order on notice.

PEOPLE, Respondent, v. MURRAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 4, 1909.) Proceeding by the People of the State of New York against Martin Murray. No opinion. Judgment affirmed.

PEOPLE v. NATURAL CARBONIC GAS CO. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Proceeding by the People of the State of New York against the Natural Carbonic Gas Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 128 App. Div. 42, 112 N. Y. Supp. 381.

PEOPLE, Respondent, v. NELSON, Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Proceeding by the People of the State of New York against Warren Nelson. C. L. Jordan, for appellant. R. S. Johnstone, for the People.
PER CURIAM. Judgment and order affirmed. Order filed.
McLAUGHLIN, J., dissents, on the ground that the evidence does not justify a finding that the complaining witness was under 18 years of age.

PEOPLE, Respondent, v. NEW YORK CARBONIC ACID GAS CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Proceeding by the People of the State of New York against the New York Carbonic Acid Gas Company. With this case have been consolidated in this court cases bearing titles as follows: People v. Geysers Natural Gas Company; Same v. Lincoln Spring Company; Same v. Natural Carbonic Gas Company.
PER CURIAM. If plaintiffs were using all due diligence to obtain a trial at the Albany May term, and failed through no fault or theirs, Mr. Justice Fitts, under our order, had power, in his discretion, to grant or refuse an injunction. He still has such power, and there-